IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-CV-02054-WYD-MJW

BRUCE CANTON, TIM SAVAGE, LUANN MACHEV,
and ROCKY MOUNTAIN ASSET MANAGEMENT
NO.4, LLC, a Colorado limited liability company,

    Plaintiffs

v.

RIC SCRIPPS,

    Defendant.

---

## ORDER

---

THIS MATTER comes before the Court on the parties' Joint Motion to Reopen Case, Approve Arbitration Settlement and Dismiss Case With Prejudice filed May 10, 2010 [d/e 10]. After a review of the file and good cause appearing, it is hereby

ORDERED that the Joint Motion to Reopen Case, Approve Arbitration Settlement and Dismiss Case With Prejudice filed May 10, 2010 [d/e 10] is **GRANTED** and the case is reopened, the arbitration settlement is approved and this case is hereby **DISMISSED WITH PREJUDICE**.

Dated this 12th day of May, 2010.

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL,
                                  CHIEF UNITED STATES DISTRICT JUDGE